1  David R. McNamara, # 133302                    (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendant
6  I LOVE SUSHI JAPANESE BISTRO, INC.

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 THERESA WALLEN,                          Case No.  1:10-CV-00190-AWI-DLB

12              Plaintiff,                   **STIPULATION TO CONTINUE
                                             MANDATORY SCHEDULING
13 v.                                        CONFERENCE AND ORDER THEREON**

14 I LOVE SUSHI JAPANESE BISTRO,
   INC.,
15
                Defendant.
16

17

18        IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by

19 and through their respective counsel, that the May 6, 2010 Mandatory Scheduling Conference

20 may be continued to August 10, 2010 at 9:00 a.m. to afford the parties time to finalize and

21 memorialize the settlement of this matter.

22

23 Dated: May 3, 2010                     McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP
24

25
                                         By:        /s/ David R. McNamara
26                                                  David R. McNamara
                                                 Attorneys for Defendant
27                                       I LOVE SUSHI JAPANESE BISTRO, INC.

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1  Dated: May 3, 2010                                         MOORE LAW FIRM, PC

2

3                                              By:        /s/ Tanya Eugene Levinson
                                                          Tanya Eugene Levinson
4                                                         Attorneys for Plaintiff
                                                          THERESA WALLEN
5

6

7                                         **ORDER**

8

9  IT IS HEREBY ORDERED that the May 6, 2010 Mandatory Scheduling Conference is continued

10  to August 10, 2010 at 9:00 am before Magistrate Judge Beck.

11

12

13  IT IS SO ORDERED.

14
       Dated:   **May 6, 2010**                        /s/ *Dennis L. Beck*
15                                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501