Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>I LOVE SUSHI JAPANESE BISTRO, INC.,<br><br>　　　　Defendants. | No.   1:10-CV-00190-AWI-DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to U.S. District Judge<br>ANTHONY W. ISHII<br><br>Complaint Filed February 5, 2010 |

　　　Plaintiff Theresa Wallen, through her attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendants I Love Sushi Japanese Bistro, Inc. their attorney, McCormick Barstow LLP, David R. McNamara, Esq., Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: August 20, 2010                            /s/Tanya  Moore
　　　　　　　　　　　　　　　　　　　　Tanya Moore, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Wallen v. I love Sushi Japanese Bistro Inc. et al,*

Stipulation for Dismissal

Page 1

1 | Date: August 20, 2010            McCORMICK BARSTOW LLP

/s/  David R. McNamara
David R. McNamara, Esq.
Attorney for Defendants,
I love Sushi Japanese Bistro, Inc.

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   August 20, 2010            _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

*Wallen v. I love Sushi Japanese Bistro Inc. et al,*

Stipulation for Dismissal

Page 2